# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Mark James Savoy
R.L.C.C. Cajun II-C2 DOC No. 580262
1630 Prison Road
Cottonport LA 71327

**REHEARING ACTION: January 31, 2018**

**Docket Number: 17   00862-KH**

**STATE OF LOUISIANA**
**VERSUS**
**MARK JAMES SAVOY**

**Writ Application from St. Landry Parish Case No. 07-K-0206**

**BEFORE JUDGES:**

   **Hon. Shannon J. Gremillion**
   **Hon. Phyllis M. Keaty**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mark James Savoy** has this day been

   **DENIED.**

cc: Earl B. Taylor, Counsel for  the Respondent